**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DUSTIN ALEXANDER MANUES**                                    **PLAINTIFF**

**v.**                        **Case No: 4:22-cv-00806-JM**

**DOES**                                              **DEFENDANTS**

## ORDER

Plaintiff Dustin Alexander Manues filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on September 6, 2022 (Doc. No. 1).  On September 7, 2022, the Court entered an order directing Manues to submit the full $402.00 filing and administrative fees or file a fully completed *in forma pauperis* application within 30 days.  *See* Doc. No. 2.  Manues was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Manues has not complied or otherwise responded to the September 7 order.  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Manues's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 12th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE