IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DUSTIN ALEXANDER MANUES**                                                                                       **PLAINTIFF**

v.                                         **Case No: 4:22-cv-00806-JM**

**DOES**                                                                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 12th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE